UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN C. VOTTA JR. )<br>Plaintiff )<br>)<br>v. )<br>)<br>MARTHA COAKLEY, et al )<br>Defendants ) | | Civil Action No. 04-10135GAO<br><br><br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT'S<br>MOTION FOR ENLARGEMENT OF TIME |

Now comes the plaintiff in the above captioned matter and respectfully moves this Honorable Court to deny defendant Martha Coakley's motion for Enlargement of Time to Respond to Complaint. For reason, the defendant had received a letter, on December 15, 2003, detailing the substance of this action, (see attachment 1). Since this action should come as no surprise, the defendant had ample time to prepare for this lawsuit. Moreover, the defendant should have had knowledge of this action as early as November 17, 2003, when a similar letter, also detailing the substance of this action, was mailed to Attorney General, Thomas F. Reilly, (see attachment 2); (also, see attorney general's response, attachment 3).

Therefore, based on the foregoing reason, this Court should not grant an extension of time beyond February 27, 2004.

Local Rule 7.1(A)(2) Certificate

On February 13, 2004, plaintiff, in response to a message received the previous evening, left a voicemail message with A.A.G., Cathryn Neaves, which stated plaintiff's opposition to defendant's motion for enlargement of time.

Respectfully submitted,

*/s/ John C. Votta Jr.*

John C. Votta Jr.
505 Douglas Rd.
Lowell, MA. 01852
978 459-8449

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David M. Lieber, A.A.G., Criminal Bureau, One Ashburton Place, Boston, MA. 02108, by first class mail today.

Date: 2-17-04

Signed: */s/ John C. Votta Jr.*