UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN C. VOTTA JR. | ) | Civil Action No. 04-10135-GAO |
| Plaintiff | ) | |
| | ) | |
| | ) | PLAINTIFF'S OPPOSITION TO DEFENDANT'S |
| | ) | MOTION TO DISMISS AND MOTION TO AMEND |
| MARTHA COAKLEY | ) | COMPLAINT. |
| Defendant | ) | |

Now comes the plaintiff in the above captioned matter and respectfully moves this

Honorable Court to deny defendant Martha Coakley's motion to dismiss complaint and

respectfully moves for leave to amend his complaint. For reason, plaintiff should be allowed

to correct any deficiencies in his original complaint, see Fed.R.Civ.P. Rule 15(a).

Additionally, plaintiff relies on his memorandum of reasons in support of this motion.

Local Rule 7.1(A)(2) Certificate

On March 24, 2004, plaintiff conferred with counsel for the defendant, David M.

Lieber, in an attempt to narrow or resolve the issues.

Respectfully submitted,

John C. Votta Jr.
505 Douglas Rd.
Lowell,MA.01852
978  459-8449

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David M.
Lieber,A.A.G., Criminal Bureau, One Ashburton Place, Boston, MA.02108, by first class mail
today.

Date: 3-24-04        Signed: