UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN C. VOTTA, JR.<br>      Plaintiff,<br><br>v.<br><br>MARTHA COAKLEY, et al.<br>      Defendants | )<br>)<br>)<br>)   No. 04-10135-GAO<br>)<br>)<br>)<br>)<br>) |

**DISTRICT ATTORNEY COAKLEY'S RESPONSE TO
PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT**

In response to Plaintiff's Motion to Amend Complaint, Paper No. 7, defendant Martha Coakley, Middlesex District Attorney, states that she does not oppose plaintiff's Motion to Amend and suggests that the proposed amended complaint should be filed, and that the time for Defendant to respond to the amended complaint should be thirty days after it is filed.

In response to Defendant's Motion to Dismiss, Paper No. 5, Plaintiff has substantially transformed the nature of this action. While the original Complaint sought only injunctive relief, Paper No. 1 at ¶ 19, the proposed amended complaint seeks damages as well, Motion to Amend, Exhibit 1 at ¶ 12, presumably to avoid District Attorney Coakley's subject matter jurisdiction defenses. *See* Paper No. 6 at pp. 3-8 (arguing that plaintiff lacks standing to seek injunctive relief and that no present case or controversy has been plead). The proposed amendment thus implicates a host of new defenses, including absolute immunity, qualified immunity and Eleventh Amendment immunity. In order to preserve the freedom from suit these defenses are designed to guarantee, they must be fully litigated at the earliest possible opportunity. *Puerto Rico*

*Aqueduct & Sewer Authority v. Metcalf & Eddy*, 506 U.S. 139, 145 (1993). Defendant thus requires a brief additional time to adequately present these issues to the court.

For these reasons, District Attorney Coakley respectfully suggests that Plaintiff's Motion to Amend should be allowed, and that the court should order that the time for District Attorney Coakley to respond to the amended complaint should be thirty days after it is, in fact, filed.

|  |  |
|---|---|
|  | Respectfully submitted,<br>THOMAS F. REILLY<br>ATTORNEY GENERAL |
|  | /s/ David M. Lieber<br>David M. Lieber (BBO # 653841)<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts 02108<br>(617) 727-2200 ext. 2827 |
| Dated:  March 31, 2004 | ATTORNEYS FOR<br>DISTRICT ATTORNEY COAKLEY |