UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. VOTTA JR. )<br>Plaintiff )<br>)<br>v. )<br>)<br>MARTHA COAKLEY )<br>Defendant ) | Civil Action No. 04-10135-GAO<br><br>PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT. |

Now comes the plaintiff in the above captioned matter and respectfully moves this Honorable Court to allow an enlargement of time for plaintiff to file an opposition to defendant's motion to dismiss plaintiff's amended complaint,(paper 10). For reason, plaintiff states that he was not served, nor did he receive, defendant's motion, (paper 10) or memorandum, (paper 11) filed on April 7. Plaintiff only learned of defendant's papers on April 12, during the time of filing his motion and memorandum, (papers 12 and 13). Therefore, plaintiff requests an enlargement of ten days to file his opposition by April 23.

<u>Local Rule 7.1(A)(2) Certificate</u>

On April 13, 2004, counsel for the defendant, David M. Lieber, assented to plaintiff's motion for an enlargement of ten days in which plaintiff will file his opposition.

Respectfully submitted,

*[signature]*
John C. Votta Jr.
505 Douglas Rd.
Lowell,MA.01852
978 459-8449

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David M. Lieber, A.A.G., Criminal Bureau, One Ashburton Place, Boston, MA.02108, by U.S. mail today.

Date: 4-13-04     Signed: *[signature]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. VOTTA JR.     )<br>        Plaintiff  )<br>                           )<br>v.                         )<br>                           )<br>MARTHA COAKLEY  )<br>        Defendant ) | Civil Action No. 04-10135-GAO<br><br>PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT. |

Now comes the plaintiff in the above captioned matter and respectfully moves this Honorable Court to allow an enlargement of time for plaintiff to file an opposition to defendant's motion to dismiss plaintiff's amended complaint,(paper 10). For reason, plaintiff states that he was not served, nor did he receive, defendant's motion, (paper 10) or memorandum, (paper 11) filed on April 7. Plaintiff only learned of defendant's papers on April 12, during the time of filing his motion and memorandum, (papers 12 and 13). Therefore, plaintiff requests an enlargement of ten days to file his opposition by April 23.

Local Rule 7.1(A)(2) Certificate

On April 13, 2004, counsel for the defendant, David M. Lieber, assented to plaintiff's motion for an enlargement of ten days in which plaintiff will file his opposition.

Respectfully submitted,

*[signature]*
John C. Votta Jr.
505 Douglas Rd.
Lowell, MA. 01852
978 459-8449

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David M. Lieber, A.A.G., Criminal Bureau, One Ashburton Place, Boston, MA. 02108, by U.S. mail today.

Date: 4-13-04          Signed: *[signature]*