UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10135-GAO

JOHN C. VOTTA, JR.,
Plaintiff

vs.

MARTHA COAKLEY,
Defendant

ORDER ON PENDING MOTIONS
May 7, 2004

O'TOOLE, D.J.

The following orders are made with respect to pending motions:

1. The plaintiff's motion to amend the complaint (No. 7) is GRANTED.

2. The plaintiffs' motion for an enlargement of time to oppose the defendant's motion to dismiss the amended complaint (No. 13) is GRANTED, nunc pro tunc.

3. The defendant's motion to dismiss the amended complaint (No. 10) is GRANTED, substantially for the reasons advanced in the defendant's memorandum of law.

In light of these rulings, the remaining pending motions (Nos. 5 and 12) are MOOT. The hearing scheduled for May 13 is cancelled. The action is DISMISSED.

| May 7, 2004 | \s\ George A. O'Toole, Jr. |
|---|---|
| DATE | DISTRICT COURT |