UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN C. VOTTA, JR.
      Plaintiff(s)

v.                                CIVIL ACTION NO. 04-10135-GAO

MARTHA COAKLEY
      Defendant(s)

**JUDGMENT IN A CIVIL CASE**

    O'TOOLE    , D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Order on Pending Motions, dated May 7, 2004, the hearing scheduled for May 13 is cancelled and the action is DISMISSED.

TONY ANASTAS,
CLERK OF COURT

Dated: 5/10/04                          By   PAUL S. LYNESS
                                                                             Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN C. VOTTA, JR.
        Plaintiff(s)

    v.                                       CIVIL ACTION NO. 04-10135-GAO

MARTHA COAKLEY
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

    O'TOOLE    , D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Court's Order on Pending Motions, dated May 7, 2004, the hearing scheduled for May 13 is cancelled and the action is DISMISSED.

                                                        TONY ANASTAS,
                                                        CLERK OF COURT

Dated: 5/10/04                                    By   PAUL S. LYNESS
                                                            Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                        [jgm.]