UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN C. VOTTA JR.         )          Civil Action No. 04-10135-GAO
      Plaintiff  )
                       )
v.                                    )          PLAINTIFF'S MOTION TO AMEND JUDGMENT
                       )          PURSUANT TO FED.R.CIV.P. 59(e).
MARTHA COAKLEY     )
      Defendant )

     Plaintiff respectfully moves this Honorable Court to amend its judgment entered on May 10, 2004. For reason, this Court's Order on Pending Motions, dated May 7, 2004, does not reflect consideration of Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint with supporting memorandum of reasons, (papers 15 and 16). Plaintiff, therefore, respectfully requests consideration, or reconsideration, of the aforementioned papers including consideration of plaintiff's memorandum of law in support of this motion to correct a clear legal error and to prevent a manifest injustice. See Landrau-Romero v.Banco Popular De Puerto Rico, 212 F.3d 607, 612 (1st Circ.2000).

<u>Local Rule 7.1(A)(2) Certificate</u>

     On May 13, 2004, counsel for the defendant, David M. Lieber, assented to plaintiff's Rule 59(e) motion.

     Respectfully submitted,

*[signature: John C. Votta Jr.]*

John C. Votta Jr.
505 Douglas Rd.
Lowell,MA.01852
978 459-8449

CERTIFICATE OF SERVICE
     I hereby certify that a true copy of the above document was served upon David M. Lieber, A.A.G., Criminal Bureau, One Ashburton Place, Boston, MA.02108, by U.S. mail today.   Date: 5-18-04    Signed: *[signature: John C. Votta Jr.]*