UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN C. VOTTA, JR. <br> Plaintiff, <br><br> v. <br><br> MARTHA COAKLEY, et al. <br> Defendants | ) <br> ) <br> ) <br> ) No. 04-10135-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

**DISTRICT ATTORNEY COAKLEY'S OPPOSITION TO**
**PLAINTIFF'S MOTION TO AMEND JUDGMENT**

Defendant District Attorney Coakley hereby opposes Plaintiff's Motion to Amend Judgment, Paper No. 19. Plaintiff's Motion to Amend the Judgment offers nothing to overcome the fundamental defect in his complaint, which is that the only injury he has alleged is a still-valid criminal conviction. As Defendant has shown elsewhere (Paper No. 11 at pp. 3-6, Paper No. 6 at pp. 3-7), core doctrines of federal jurisdiction, particularly the rule announced in *Heck v. Humphrey*, 512 U.S. 477 (1994), preclude the use of § 1983 to interrupt or collaterally undermine state criminal proceedings. As the court has ruled, Plaintiff has not pleaded a cause of action upon which this court may grant relief, and the court properly dismissed the complaint.

For these reasons, District Attorney Coakley respectfully suggests that Plaintiff's Motion to Amend the Judgment should be denied.

                                        Respectfully submitted,
                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        /s/ David M. Lieber
                                        David M. Lieber (BBO # 653841)
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200 ext. 2827

Dated: May 28, 2004                     ATTORNEYS FOR
                                        DISTRICT ATTORNEY COAKLEY