UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10135-GAO

JOHN C. VOTTA, JR.,
Plaintiff

v.

MARTHA COAKLEY,
Defendant

MEMORANDUM AND ORDER
November 10, 2004

O'TOOLE, D.J.

Because it appears that the plaintiff did not receive prompt notice of the electronic order of July 20, 2004 denying his motion to amend judgment and no opposition having been received, the plaintiff's motion for extension of time to file a notice of appeal (No. 22) is GRANTED. The notice of appeal attached to the plaintiff's motion is deemed timely filed and shall be docketed.

It is SO ORDERED.

_November 10, 2004_  _/s/ [signature]_
DATE                  DISTRICT JUDGE