FILED
IN CLERKS OFFICE

2004 SEP 24  P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN C. VOTTA JR.     )<br>              Plaintiff  )<br>                              )<br>v.                              )<br>                              )<br>MARTHA COAKLEY    )<br>              Defendant ) | Civil Action No. 04-10135-GAO<br><br>NOTICE OF APPEAL |

Notice is hereby given that John C. Votta Jr., plaintiff in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on May 10, 2004 and from the denial of his motion to amend the judgment entered on July 20, 2004.

*/s/ John C. Votta*

John C. Votta Jr.
505 Douglas Rd.
Lowell, MA. 01852