### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 04-2609

USDC Docket Number : 04-cv-10135

John C. Votta Jr.

v.

Martha Coakly

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (filing fee paid receipt) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 26, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/26/05__.

_____
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]