UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN C. VOTTA, JR
    Plaintiff(s)

v.    CIVIL ACTION NO. 04-10135-GAO

MARTHA COAKLEY
    Defendant(s)

## AMENDED JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the USCA Judgment, dated 9/14/05, the district court dismisses the state law claims without prejudice to plaintiff's refiling the claim in state court.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 1/24/06    By Paul Lyness
    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)