FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2006 NOV -9 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOHN C. VOTTA JR.    )<br>Plaintiff )<br>)<br>v.    )<br>)<br>MARTHA COAKLEY    )<br>Defendant ) | Civil Action No. 04-10135-GAO<br><br>NOTICE OF APPEAL |

FILING FEE PAID: 1628
RECEIPT #
AMOUNT $ 455
BY DPTY CLK
DATE 11/9/06

   Notice is hereby given that John C. Votta Jr., plaintiff in the above captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the order of the District Court in denying plaintiff's motion to amend pleadings [33], motion for hearing [36] entered on August 29, 2006 and motion for reconsideration [37], entered on October 31, 2006.

*John C. Votta Jr.* (signature)

John C. Votta Jr.
505 Douglas Rd.
Lowell, MA. 01852
(978) 459-8449

November 8, 2006