## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number :  04cv10135-GAO

JOHN  C.  VOTTA,  JR.

v.

MARTHA  COAKLEY

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1 through 38

and contained in Volume I are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  November 9, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  December 4, 2006.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:              _____

- 3/06