# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2684

JOHN C. VOTTA, JR.,

Plaintiff, Appellant,

v.

MARTHA COAKLEY,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lynch, <u>Circuit Judge</u>.

**JUDGMENT**
Entered: June 11, 2007

    We have reviewed the record in this case and find no error in the district court's refusal to reopen final judgment in this case.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: _____
        Operations Manager.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 9/21/07

[cc: John C. Votta, David Mark Lieber, AAG]